IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

STEEL RIVER SYSTEMS LLC, AN ILLINOIS
LIMITED LIABILITY COMPANY,

                Plaintiff,

    -against-

VARIANT ALTERNATIVE INCOME FUND, A
DELAWARE STATUTORY TRUST, PIER SPECIAL
OPPORTUNITIES FUND LP, A DELAWARE
LIMITED PARTNERSHIP, GREENHILL DEBT
MANAGEMENT, LLP, A DELAWARE LIMITED
LIABILITY PARTNERSHIP,

                Defendants.

---------------------------------------- x

Case No: 1-24-cv-08676-NRB

[PROPOSED] ORDER

This matter having come before the court upon Steel River Systems, LLC's ("Plaintiff") motion for a temporary restraining order and preliminary injunction (the "Injunction Motion"), seeking an order restraining and enjoining Defendants Variant Alternative Income Fund, Pier Special Opportunities Fund LP, and Greenhill Debt Management, LLP (together, "Defendants") from employing any methods of enforcement or collection of any debt allegedly owed by Plaintiff to Defendants, including but not limited to UCC enforcement; directing Defendant to cancel its intended sale of assets and collateral scheduled for November 21, 2024 (the "Sale"), pursuant to the Notice of Public Sale of Collateral dated October 21, 2024 (the "Notice of Sale"), and directing that the Notice of Sale is null and void and of no force or effect (ECF Nos. 3-5, 23); and the Court having considered that Defendants voluntarily have adjourned the Sale pending resolution of the Injunction Motion (ECF No. 18), it is hereby

**ORDERED** that Plaintiff's request for a temporary restraining order (ECF 3-5, 23) is denied as moot because the Sale was voluntarily adjourned by Defendants pending the resolution of the Injunction Motion;

**IT IS FURTHER ORDERED** that the parties' right to appeal this Court's decision is preserved; and

**IT IS FURTHER ORDERED** that Defendants shall submit their opposition to the balance of the Injunction Motion by no later than December 13, 2024, and that Plaintiff shall submit its reply by no later than January 6, 2025.

Dated: *November 21, 2024*

SO ORDERED:

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
U.S. DISTRICT JUDGE