**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STEEL RIVER SYSTEMS LLC, AN ILLINOIS LIMITED LIABILITY COMPANY,

       Plaintiff,

   -against-

VARIANT ALTERNATIVE INCOME FUND, A DELAWARE STATUTORY TRUST, PIER SPECIAL OPPORTUNITIES FUND LP, A DELAWARE LIMITED PARTNERSHIP, GREENHILL DEBT MANAGEMENT, LLP, A DELAWARE LIMITED LIABILITY PARTNERSHIP,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No: 1-24-cv-08676-NRB

**[PROPOSED] ORDER**

  This matter having come before the court upon Steel River Systems, LLC's ("Plaintiff") motion for a preliminary injunction (the "Injunction Motion") seeking an order enjoining Defendants Variant Alternative Income Fund, Pier Special Opportunities Fund LP, and Greenhill Debt Management, LLP (together, "Defendants") from employing any methods of enforcement or collection of any debt allegedly owed by Plaintiff to Defendants, and seeking other relief (Dkt. No. 3); the Court having set a briefing schedule for the Injunction Motion (Dkt. No. 27); Defendants having filed a request for a pre-motion conference in connection with their anticipated motion to dismiss the complaint filed by Plaintiff (the "Dismissal Motion") (Dkt. No. 29); and Plaintiff and Defendants having agreed to briefing schedules on the Injunction Motion and Dismissal Motion, so they may be submitted simultaneously, it is hereby

  **ORDERED** that, with respect to the Injunction Motion, the current briefing schedule is adjourned to the following dates: Defendants' opposition by December 20, 2024 and Plaintiff's reply by January 17, 2025;

**IT IS FURTHER ORDERED** that, with respect to the Dismissal Motion, Defendants are authorized to file its motion to dismiss in accordance with the following briefing schedule: Defendants' motion by December 20, 2024, Plaintiff's opposition by January 17, 2025, and Defendants' reply by February 4, 2025.

Dated: December 13, ~~2025~~ 2024

SO ORDERED:

_____
NAOMI REICE BUCHWALD
U.S. DISTRICT JUDGE